UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

Eastern District of Kentucky
**FILED**
JUN 11 2012
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

EVERETT SROUDER,

PLAINTIFF

v.

DANA LIGHT AXLE
MANUFACTURING, LLC,

DEFENDANT

CIVIL ACTION NO. 2:10-CV-00155-WOB-CJS

FILED ELECTRONICALLY

**ORDER**

Plaintiff, Everett Srouder, and Defendant, Dana Light Axle Manufacturing, LLC, by counsel, and the Court being fully advised that the parties have reached settlement in this matter,

IT IS HEREBY ORDERED that the Complaint and Amended Complaint of Everett Srouder against Defendant be and is hereby dismissed with prejudice as settled in full, with each party to bear its costs and fees.

This 11th day of June, 2012.

_____
**WILLIAM O. BERTELSMAN, JUDGE**

Tendered By:

*/s/ Karen M. Paulin*
Shannon Antle Hamilton
shamilton@stites.com
Marjorie A. Farris
mfarris@stites.com
Karen M. Paulin
kpaulin@stites.com
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
COUNSEL FOR DEFENDANT,
DANA LIGHT AXLE
MANUFACTURING, LLC

- and –

With permission:
*/s/ James Moore*
Charles T. Lester, Jr.
clester@ericdeters.com
James Moore
jmoore@ericdeters.com
Eric C. Deters & Partners, P.S.C.
5247 Madison Pike
Independence, KY 41051
Phone: (859) 363-1900
Facsimile: (859) 363-1444
COUNSEL FOR PLAINTIFF

879994:1:LOUISVILLE