UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 12-5835

EVERETT SROUDER,
    Plaintiff,

MATT WHITE,
    Plaintiff-Appellant,

    v.

DANA LIGHT AXLE MANUFACTURING, LLC,
    Defendant - Appellee.

> FILED
> Aug 07, 2013
> DEBORAH S. HUNT, Clerk

Before: BATCHELDER, Chief Judge; SUHRHEINRICH and SUTTON, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Covington.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's order granting summary judgment to Dana Light Axle Manufacturing, LLC is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk