# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 12-5835

_____

Filed: September 03, 2013

EVERETT SROUDER

       Plaintiff

and

MATT WHITE

       Plaintiff - Appellant

v.

DANA LIGHT AXLE MANUFACTURING, LLC

       Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/07/2013 the mandate for this case hereby issues today.

COSTS:  None